IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DARRYL ORRIN BAKER**  **PLAINTIFF**

**V.**  **CIVIL ACTION NO. 1:19-cv-789-KS-RPM**

**WAL-MART STORES EAST, LP**  **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum Opinion and Order dated August 12, 2021 [Doc. No. 94], and in accordance with Federal Rule of Civil Procedure 58, the Court hereby enters final judgment in favor of the Defendant, Wal-Mart Stores East, LP. Plaintiff takes nothing from this action, and all claims are dismissed with prejudice. Pursuant to Federal Rule of Civil Procedure 54(d)(1), Defendant is entitled to recover any costs incurred in this action. This case is closed.

SO ORDERED AND ADJUDGED this 13th day of August 2021.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE